UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ARMANDO DAVILA ALMUINA CARDENAS,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_11/19/2019\_\_\_

19 Cr. 109 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Government having filed a second memorandum in opposition to Defendant's motion to suppress, ECF No. 27, it is hereby ORDERED that Defendant shall file a response by **November 25, 2019**, at **9:00 a.m.**

    The evidentiary hearing scheduled for November 25, 2019 shall proceed as scheduled.

    SO ORDERED.

Dated: November 19, 2019
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge